Prob12A
(7/93)



# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Benito Rivera          **Case Number:** 0101 1:16-CR-10306-001-WGY

**Name of Sentencing Judicial Officer:** Honorable William G. Young, U.S. District Judge

**Date of Original Sentence:** January 09, 2018
**Date of Revocation Sentence:** April 23, 2024

**Original Offense:** Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1)

**Original Sentence:** 72 months of imprisonment, followed by 36 months supervised release.
**Revocation Sentence:** 18 months imprisonment, followed by 18 months supervised release.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 2/24/2023

**Date Supervision Re-Commenced:** 6/10/2025

---

## NON-COMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|

**I** — **Violation of Mandatory Condition #3:** You must participate in a program for substance abuse counseling as directed by the Probation Office, which program may include testing, not to exceed 104 drug tests per year to determine whether you have reverted to the use of alcohol or drugs.

On 11/19/25, 12/10/25, 1/12/26, 1/30/26, Mr. Rivera submitted urine specimens which tested positive for Cocaine. When questioned about the positive drug test results Mr. Rivera admitted to Cocaine use on the aforementioned dates.

Evidence in support of this violation includes officer testimony.

U.S. Probation Officer Action:

The Probation Office continues to monitor Mr. Rivera with regular field contacts, urine testing, and contact with his treatment provider. Mr. Rivera recently completed a Substance Abuse Assessment at NFI, Haverhill. The Probation Office is awaiting to review the treatment assessment report. Mr. Rivera plans to begin a treatment program immediately. The probation office is hopeful that he will begin an intensive outpatient program to address his substance use challenges. Mr. Rivera is aware that further drug use will be addressed with an escalation of treatment.

Prob 12A                                    -2-                    Report on Offender Under Supervision

Given the above noted positive drug test results, pursuant to 18 U.S.C. § 3583(g)(4), Mr. Rivera is facing revocation based on four positive drug tests in a calendar year. The Probation Office is respectfully requesting that the Court adopt the treatment exception pursuant to 18 U.S.C. § 3583(d) in lieu of revocation at this time. The Probation Office will continue to monitor Mr. Rivera in the community with treatment and respectfully request no Court action be taken at this time.

Reviewed/Approved by:                                      Respectfully submitted,

/s/Christopher Foster                                      /s/Domenica Soto
_____
Christopher A. Foster                                      by  Domenica Soto
Supervisory U.S. Probation Officer                            U.S. Probation Officer
                                                              (857) 283-5953
                                                              Date:  2/11/2026

_____

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ✓ ]   Approved
[   ]   Submit a Request for Modifying the Conditions or Term of Supervision
[   ]   Submit a Request for Warrant or Summons
[   ]   Other

                                        _____
                                        Honorable William G. Young,
                                        U.S. District Judge

                                        _____
                                        Date    February 12, 2026